IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ORLANDO BETHEL and<br>GLYNIS BETHEL<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF LOXLEY, et al.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-0373-CB-M<br>)<br>)<br>) |

**ORDER**

This matter is before the Court on plaintiffs' motion seeking leave to amend the complaint and on plaintiffs' motion seeking to have this Court compel the defendants to return audio and video equipment taken from plaintiffs in an incident that took place on April 9, 2005. (Docs. 56 & 60.)  "A motion for leave to amend should set forth the substance of the proposed amendment or attach a copy of the proposed amendment." *Long v. Satz,* 181 F.3d 1275, 1279 (11th Cir. 1999) (motion for leave to amend should include proposed amendment or cite substance of it).  Because plaintiffs have failed to provide either of the foregoing, the motion for leave to amend is hereby **DENIED**, without prejudice.[1]  Since the April 9th incident is not the basis of any claim currently asserted in this action, the Court is without jurisdiction to consider the motion.  Therefore, the motion is **DENIED**.

**DONE** and **ORDERED** this the 18th day of April, 2005.


                                                                **s/ CHARLES R. BUTLER, JR.**
                                                                **SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] The Court will consider a motion for leave to amend only if it is accompanied by a proposed amended complaint that includes plaintiffs' legal claims against the defendants they seek to add along with the facts giving rise to those claims.